| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11672-PMM**

Krista M. Ragusa  
302 Delaware Avenue  
Wind Gap  PA    18091

Petition Filed Date: 05/16/2024  
341 Hearing Date: 07/09/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/17/2024 | $134.00 | 29394228363 | 06/17/2024 | $1,000.00 | 29394228352 | 07/16/2024 | $134.00 | 29394230286 |
| 07/16/2024 | $1,000.00 | 29394230275 | | | | | | |

**Total Receipts for the Period: $2,268.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,268.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PENNYMAC  LOAN SERVICES LLC<br>»»  001 | Mortgage Arrears | $63,310.67 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,268.00 | Current Monthly Payment: | $1,251.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,251.00 |
| Paid to Trustee: | $226.80 | Total Plan Base: | $74,826.00 |
| Funds on Hand: | $2,041.20 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.