# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     KRISTA M. RAGUSA | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 24-11672 PMM |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 17th day of September, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated August 26, 2024 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  September 17, 2024          s/   David S. Gellert
                                                                           David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
dsgrdg@ptdprolog.net